UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HENRY VANCE BRICE<br>No. 42988-112, | )<br>)<br>) | |
| Movant, | )<br>) | |
| | ) | No. 3:15-cv-01435 |
| v. | )<br>) | Senior Judge Haynes |
| UNITED STATES OF AMERICA, | )<br>)<br>) | |
| Respondent. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, this action is **DISMISSED with prejudice**.

This is the Final Order in this action. The Court **DECLINES** to issues a Certificate of Appealability under 28 U.S.C. § 2253(c).

It is so **ORDERED**.

ENTERED this the 25th day of February, 2016.

WILLIAM J. HAYNES, JR
Senior United States District Judge